USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    INFORMATION

      - v. -                     :    S1 16 Cr. 791 (RA)

RAJINDER SINGH,                :

      Defendant.               :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. In or about 2016, in the Southern District of New York and elsewhere, RAJINDER SINGH, the defendant, intentionally and knowingly did introduce and deliver for introduction into interstate commerce, with the intent to defraud and mislead, misbranded drugs, as defined in 21 U.S.C. § 352, to wit, SINGH sold packets of a substance with labels that did not bear the established name and quantity of the substance contained therein and, despite knowing that the packets contained a controlled substance, falsely represented to a buyer that the packets could legally be distributed.

(21 U.S.C. §§ 331(a) & 333(a)(2))

*Joon H. Kim*
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**RAJINDER SINGH,**

**Defendant.**

---

**SUPERSEDING INFORMATION**

S1 16 Cr. 791 (RA)

(21 U.S.C. §§ 331(a) & 333(a)(2).)

JOON H. KIM
Acting United States Attorney

---