UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

RAJINDER SINGH,

                    Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK      )
                    NASSAU   ) ss.:
COUNTY OF ~~NEW YORK~~   )

S1 16 Cr 791 (RA)

**AFFIDAVIT**

    **RAJINDER SINGH**, being duly sworn, deposes and says:

    1.    I am the defendant in the above-captioned case and am fully familiar with the facts and circumstances herein.

    2.    This affidavit is being made in support of my March 12, 2018 Sentencing Submission request for a non-custodial sentence.

    3.    I was arrested on July 28, 2016 and released on a $500,000 PRB.

    4.

[redacted]

5. [redacted]

6. [redacted]

7. [redacted]

8. [redacted]

Rajinder Singh

Sworn to before me the
8 th day of March, 2018

NOTARY PUBLIC

CHRISTOPHER WESTON
NOTARY PUBLIC, State of New York
No. 01WE6338520
Qualified in Suffolk County
Commission Expires March 14, 2020

LAW OFFICES OF

# JEFFREY LICHTMAN

750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
RACHEL D. GOLD

PH: (212) 581-1001
FX: (212) 581-4999

September 2, 2016

**SUBMITTED UNDER SEAL &**
**BY EMAIL: Michael_Bacchus@nysd.uscourts.gov**
Hon. James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:  <u>United States v. Rajinder Singh</u>, 16 MJ 4828

Dear Judge Francis:

   I am writing on behalf of defendant Rajinder Singh to respectfully request a modification of his bail conditions which would expand the area in which he is permitted to travel to include the District of New Jersey ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Pretrial Services, by PTSO Robert Stehle, and the government, by AUSA David Abramowicz, have no objection to this application; Mr. Singh's sureties have consented to this request.

   By way of background, on July 28, 2016, Judge Ellis released Mr. Singh on a $500,000 personal recognizance bond secured by two financially responsible persons and his home in Jericho, New York, with the conditions that his travel be restricted to the Southern and Eastern Districts of New York and that he surrender all travel documents. Mr. Singh's expired passports – his only travel documents – were surrendered to Pretrial Services shortly thereafter and he has been fully compliant with his bail conditions since his release from custody. Thereafter, on September 1, 2016, Your Honor granted Mr. Singh's request to travel to Illinois to renew his driver's license – his only state issued means of identification.

**JEFFREY LICHTMAN**

Hon. James C. Francis
United States Magistrate Judge
September 2, 2016
Page 2

       Thank you for your consideration on this matter. I remain available for a conference should Your Honor deem it necessary.

                    Respectfully submitted,

                    Jeffrey Lichtman

cc:    David Abramowicz, Esq.
       Assistant United States Attorney (by email)

       Robert Stehle
       Pretrial Services Officers (by email)

So Ordered:

Hon. James C. Francis, U.S.M.J.

9/2/16

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

To
Dear Madam

Rajinder Singh is known by my family and my self he is one of best man known in the community and by my family very helpful man, we know him for last Ten years very Good friend very Good father and loyal husband, if you ever need him for anything he is first one do be than he is loved by All of us. You can contact me at anytime

Parminder Kaur

Cell 516.974-7283

1 Cloverhill Ch.
Plainview N.y 11803

To
Dear Madam,

Rajinder ji is very known person in Indian Community!! He is very kind person!!. He is the best man known in the community. He is very helpful to everyone!! We know him for last six years!! He is very good friend very Good father and very nice husband basically he is loved by all of us. You can contact me at anytime.

718-631-5100

Sonu Chei
84-37 266 street
Floral Park, NY11801

2/12/2018.

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Respected MAM.

This is Reference to Mr. Rajender Singh as a person. We know him last 5 years & Hiem & his family is like my Own family. he is my own brother in this Contry. He has good moral Character. He is very helpful person in society & He stands by any human being in troble at even at midnight & always reaches Out to help Othus.

For Any Concern pls Call. 847 989 6057.

Dr. Kamini Vijellam

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

To

Dear Madam,

Mr. Rajinder Singh, I Know
him Since 2007, Great family, and
very kind person, they are very
Helpfull family very Loving Person

From

Anila Shama

1(631) 416-8929

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I Know Rajinder Singh Veer ji Since six year. He is very humble of Kind hearted man. He is very helpful in every aspect. He is very active in community things I wish him all success in his life

SIMI Mulani
2/12/18

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

To

Dear Madom,

I known Rajinder Singh Since 2006, and his Family. He is very known to Indian Community & our Temple / Church.

He is very Kind Person + good Human. and he is very Loyal to his Family.

He is Loved by all of us.

Kiran Malhotra
347 754 0326

Dear Mam

With due respect "Mr. Rajinder Singh" is one of the great, kind and amazing human being I. Ever met. He is honest & hard worker. Godbless him and his family forever...

He is very well known for his kind nature and hardwork.

Thank you.

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

He is a very nice person, so Involve in Community
services, & Involved in lots of charity work, kind
Hearted & Humble Person,

Thank you.

PRINCE BAGGN.

02/11/2018.

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007


Dear Madam.

This is to inform you that Rajnder Singh is known to me from last 15 years. He is very good person and has always helped me whenever I needed him. He was always there when we need their help. Should you need additional info Please feel free to call me

Sincerly

Satnde kaur
917-459-7174.

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam

This is to inform you that I know Raginder Sngh from last Fifteen years. They are very good family friends. He is such a warm hearted person and have always helped us ingohau of need and always willing to lend a helping hand. Should you need additional information please contact us at below mentioned number

Sincerly

Davinder Singh

917-392-2882

To Whom It may Concern

I have known Rajinder Singh ji from Last 12 years. He is a wonderful Person and always helping others and very known in Indian Community. He is always active in doing any Kind of good Social work and great help to Community people. For us he is Like an elder family who takes Cares of everyone God bless him and this family. If you have any concern Pls do not hesitate to call me

Thanks    Monika Kalra

917-216-4576.



**World Punjabi Organization (N. America)**

*"EXTRAORDINARY ENTREPRENEUR"*
*AWARD*

Presented to

# Mr. Rajinder Singh



In Recognition of his Entrepreneurship
and Humanitarian Services to our Community

at
Diwali Celebrations
October 25, 2014
**Akbar Restaurant, Garden City, NY**

**Dr. Surinder** Malhotra          Dr. Sukhvinder Ranu
**President**                      General Secretary

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Hon. Ms. Abrams,

I Raj Bedi have known Rajinder Singh for the last 15 years.

He is well known in the community as a respectful Person.

As an individual, he is a devoted father & a loving husband.

Thank you.

Sincerely yours,

Rajinder Bedi

2/11/18

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know Mr Rejinder Singh
He is a wonderful friend and a very good
Social worker and is helpful in our
community in need.

I wish him all success in life

HARJIT SINGH MALHOTRA

dt 2/01/18

2/11/18

Dear madam.

I the undersigned Vinod motwani know Rajinder Singh personally is a social & involved in community services in Long Island.

I wish him the best in life.

Thanks

Motwan

VINOD MOTWANI
2/11/18

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

We know Mr. Rajinder Singh for last so many years he is very respectable & sincere person and very family oriented person. He is indespensible in our Asian society everbody give due respect with sincere love and affactionate

Thank you

SUNITA CHAUHAN
917-399-7157.
2/9/2016

To:     Honorable Ronnie Abrams
        United States District Judge
        Southern District of New York
        40 Foley Square
        New York, NY 10007


Honorable Ronnie Abrams,


    Mr Rajinder Singh who resides at 81 71th Street Jericho, NY 11753 is known to me for last 5 (five)  years,  he is a very hardworking and honest family man. I am very happy to know him as a good friend.


Herman Singh
5 Chemung Place
Jericho, NY 11753
516-851-0102

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam
    With Due respect i know Mr Rajieneli Singh
from last 15 years he is a nice and noble man
with lots of hardworking & good nature.

From
Atul Kapur

(917 - 770 - 8494)

02/12/18

2/9/2018、

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam:

I hereby express my views about
Mr. Rajinder Singh as follows. —

"He is one of the finest persons I have
ever came cross in my life. He is Honest, Committed
and is a very good Entrepreneur. His moral
character is astonished. He is well respected
in our Society. May we wish him the best.
of luck in his life.

Thanking you.

yours Sincerely

C.M. CHOUHAN
cell 347.749-3087.
82-62, 258 Ta St.
FLORAL PARK NY-11004

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

DEAR MADAM

I know Rajinder Singh ji personally for couple of years. He has lot of respect in the community and always Helpful. Through Gentle and fun loving family devoted person and a Successful businessman. I wish him Good health and prosperous Life.

Thanks
Beetpal S. Rindea.
631 - 830 - 1299.

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know Mr. Rajinder Singh for more then 10 years. He is an amazing person, always helpful, Carring, honest & a great family man. He is always here for Community also.

Kanwal Sahni
516 - 643 - 6900

To:   Honorable Ronnie Abrams
      United States District Judge
      Southern District of New York
      40 Foley Square
      New York, NY 10007


Honorable Ronnie Abrams,


Mr Rajinder Singh who resides at 81 71th Street Jericho, NY 11753 is known to me for last 4 years, he is a very reliable and straightforward family man. I am very pleased to know him as a good uncle from our community.


Karamvir Singh
2 Delaware Ave
Jericho, NY 11753
516-510-7398

Dear Hon Abrams

I have known Rajinder Singh and his family for over 20 years. He is a caring, hardworking individual who has brought up his children in a well respected manner. He is well known in the community which he has continuously contributed to and supported.

Thank you

Very truly yours.

GURVINDER S. SAHNI, ESQ

**TO**

 RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam.

Regjinder Surj. he is very nice Person.
Inveded. in Camily very much and doing
Lots of carhework in the Society

Kulwder Si/
2/10/18.

Dear Madam Rajinder Singh is a
good person I recommend him for
best future he do lot of Social
work and help to the Community

Rinder Kenr

12a A 131 ununrood drive DIX Hills
11746

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know mr Ravidas Singh
Very well He is very nice
Person and very humble
and truthfull man

Madhu Gupta
516 510 4222

To: Ronnie Abrams
    United States District Judge
    Southern District of New York
    40 Foley Square
    New York, NY 10007


Dear  Mr. Abrams,


   Mr Rajinder Singh who resides at 81 71th Street Jericho, NY
11753 is known to me for last 3 years,  he is a hardworking and
sincere family man. I am very happy to know him as a good family
friend.


Manpreet Bhasin
5 Chemung Place
Jericho, NY 11753
917-301-6600

TO

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

DEAR MADAM,

IT IS SUBMITTED THAT I KNOW RAJINDER SINGH FROM LAST TEN YEARS HE IS VERY HELPFUL AND GOOD FOR SOCEITY AND I NEVER HEARD ANYTHING BAD ABOUT HIM.

YOURS SINCERELY

THANKS !!

MAHINDPER KUMAR

646 436 1043

Dear ms Abrams.

I Ranjeet S. Bhalia Personly know mr Rajinder Singh fur last 13 years as a community member, and all involved in all community service and helping community and socity as helpfull Person. He is a Person with great moral caracter.

He is a good and loving husband.

Thanks Sincerly

Ranjeet Sing Bhatia

2.17.18

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Ma'am

I know Rajinder Singh personally since past 7 years. He is a honest, humble & a sincere human being. I enjoy his company dearly and wish him success in all his endeavours.

Best,

Truly
Manmeet sikka
Manmeet sikka

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

DEAR MADAM,

IT IS SUBMITTED THAT I KNOW RAJINDER SINGH FROM LAST TEN YEARS HE IS VERY HELPFUL AND GOOD FOR SOCEITY AND I NEVER HEARD ANYTHING BAD ABOUT HIM

YOURS SINCERELY

THANKS !!

MAHINDER KUMAR

646 436 1043

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know RAJINDER Singh as a very good person involved in lots of Sikh Temple Community services. I sigmand him very good in all the field of Life.

Thanks

Ronder Sahni

02/11/18

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I, Manjit Anand do certify here that I know Mr. Rojinder Singh for a long time. He lives at 81, 17 Street, Jericho NY 11753 for the last 13 years. He bears a very high moral character and is involved in social activities a lot.

Thanks.

Sincerely yours.

(MANJIT ANAND)
1869 Stuyvesant Ave
East Meadow NY-11554

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam

I have known Mr. Rajinder Singh for almost 5 years now, beside being a gym buddies we meet each other at alot of family gatherings & just want to mention he is gentleman very caring person and has been an integral part of our community & family for years.

We wish him only the best in life.

Sincerely
Harmeet Singh
(516) 305. 7777

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know Rajinder Singh. He is a thorough guttleman and very helpful in our community. I wish him all the very best in life.

Antoft Herdung
2/11/2018

TO

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I Know Mr Rajender Singh Personally from years + years, Mr Singh is very well known in Community and very helpfull person if Somebody in need and I would personell like to Support him in time of his need.

Friend in Need is friend indeed

Sumeet Singh
491 Old Westbury Rd
Roslyn Heights NY 11577  6462444000

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Dear Madam,

I know the Rojinder Singh Ji.
He is very great guy and
he always help in Community.
He is very kind and great guy.

Jot Singh.

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

Respected Madam

Rajinder Singh is a Known Person in the Community. He is a great guy who is always Ready to help anyone who is suffering Has a Great Moral Character

Ajay singh

Dear Madam

I know Rajinder Singh from last 10 years he is really very honest person & do so much charity for the community.

Thanks

Gary Sikka
owner Executive chelf
MINT
1 Ring Road West
Garden City
New York — 11530

**TO**

RONNIE ABRAMS

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NY

40 FOLEY SQUARE

NY NY 10007

To, WHOM MAY IS CONCERN

9. knew Rozjenser Boyh from Last 6 years
He is good for Soeirorty and always's
keeping Hand for other peaple As well
As He is respeel pasons.

Thank. you

Your Truly

Sudheer skumar
02/11/18.