

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

November 6, 2020

**Via ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Rajinder Singh*, 16 Cr 791 (RA)

Dear Judge Abrams:

    I am writing on behalf of defendant Rajinder Singh and without objection from the government to respectfully request the return of his passport, which was provided to pre-trial services as part of the conditions of his pre-trial release. Mr. Singh pleaded guilty and was sentenced by the Court on May 9, 2018 to a period of two years probation, which he has successfully completed. Accordingly, there is no further reason for Mr. Singh to surrender his passport.

    Thank you for the Court's consideration on this matter. I remain available for a conference should Your Honor deem it necessary

Very truly yours,

ROBERT C. GOTTLIEB & ASSOCIATES

Paul Townsend

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 6, 2020